UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRIENDS FOR EDUCATION
INTERNATIONAL,

      Plaintiff,

v.                                              Case No. 23-cv-11940
                                              HON. MARK A. GOLDSMITH
GANGANITHI SIVAPANDIAN,

      Defendant.
_____/

## ORDER STRIKING PLAINTIFF'S LETTER (Dkt. 72); GRANTING IN PART DEFENDANT'S MOTION TO STRIKE (Dkt. 73); AND EXTENDING PLAINTIFF'S TIME TO HAVE COUNSEL APPEAR

The Court's 11/5/25 Order (Dkt. 71) set November 19, 2025 as the date by which an appearance of counsel on behalf of Plaintiff had to be filed.  None was filed.  Instead, Plaintiff sent a letter to the Court (Dkt. 72) asking for additional time—until December 10, 2025—for counsel to appear.  Defendant has filed a motion to strike the letter and to dismiss the case for failure to comply with the order to secure counsel (Dkt. 73).

Defendant is correct that Plaintiff must appear through counsel; the letter must, therefore, be struck. However, in the interests of justice, the Court now extends the due date for counsel to appear to December 10, 2025.  No further extensions will be granted.  If no appearance is filed, this case will be dismissed.

The letter (Dkt. 72) is struck. Defendant's motion (Dkt. 73) is granted in part, as set out above.

      **SO ORDERED.**

Dated: November 25, 2025                        s/Mark A. Goldsmith
Detroit, Michigan                              MARK A. GOLDSMITH
                                              United States District Judge